**FILED**

APR 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:26 CR 00174 |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code |
| JOHN LOMBARDI, | ) | Section 922(a)(6), 924(a)(2) |
| | ) | |
| Defendant. | ) | **JUDGE RUIZ** |

COUNT 1
(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1.      On or about July 19, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN LOMBARDI, in connection with the acquisition of a firearm, to wit: a Ruger, Model LCP, .380 caliber pistol, serial number 372627311, from RK Holdings, LLP, Elyria, Ohio, a federally licensed dealer of firearms, did knowingly make and caused to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under provisions of Chapter 44, Title 18 of the United States Code, in that JOHN LOMBARDI, did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that JOHN LOMBARDI was the actual buyer of said firearm, when in fact, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6).

FORFEITURE

The Grand Jury further charges:

2.      The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).   As a result of the foregoing offense, Defendant JOHN LOMBARDI shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2